### No. 10-10390 (10A1084). Benny Joe Stevens, Petitioner v. Mississippi.

563 U.S. 984, 131 S. Ct. 2441, 179 L. Ed. 2d 1206, 2011 U.S. LEXIS 3539.

May 10, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

### No. 10-9861 (R46-018). Glenford G. Thompson, Petitioner v. John E. Wetzel, Acting Secretary, Pennsylvania Department of Corrections, et al.

563 U.S. 984, 131 S. Ct. 2465, 179 L. Ed. 2d 1206, 2011 U.S. LEXIS 3826.

May 16, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Third Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 412 Fed. Appx. 483.

### No. 10-1107. Charles L. Ryan, Director, Arizona Department of Corrections, Petitioner v. David S. Detrich.

563 U.S. 984, 131 S. Ct. 2449, 179 L. Ed. 2d 1206, 2011 U.S. LEXIS 3694.

May 16, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Cullen v. Pinholster, 563 U.S. 170, 131 S. Ct. 1388, 179 L. Ed. 2d 557 (2011).

Same case below, 619 F.3d 1038.

### No. 10-9712. David S. Frederick, Petitioner v. Alfonso J. Graham.

563 U.S. 984, 131 S. Ct. 2462, 179 L. Ed. 2d 1206, 2011 U.S. LEXIS 3549.

May 16, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and the petition for writ of certiorari to the Supreme Court of Wisconsin dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

### No. 10-10008. Rosario A. Fiorani, Jr., Petitioner v. United States.

563 U.S. 985, 131 S. Ct. 2472, 179 L. Ed. 2d 1206, 2011 U.S. LEXIS 3613.

May 16, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and the petition for a writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 396 Fed. Appx. 924.